UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DAVID LINDER, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:06-cv-536-SEB-VSS |
| | ) | |
| BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's request to withdraw his request for a temporary restraining order is **granted.**

2. Under the circumstances of this case, the plaintiff's request described above operates as a notice of dismissal.

3. Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date: 05/19/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana