UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DAVID LINDER, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:06-cv-536-SEB-VSS |
| | ) | |
| BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 05/19/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

David Linder
Reg No 25913-048
United States Penitentiary
P O Box 12015
Terre Haute, IN 47801